[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1700

 CARLOS A. CRUZ,

 Plaintiff, Appellant,

 v.

 U.T.L. - UNITED TEACHERS OF LOWELL, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Edward F. Harrington, U.S. District Judge] 

 

 Before

 Selya, Circuit Judge, 
 Campbell, Senior Circuit Judge, 
 and Lynch, Circuit Judge. 

 

Carlos A. Cruz on Motion for Relief from Judgment pro se. 

 

 December 9, 1997
 

 Per Curiam. Pro se appellant Carlos Cruz appeals 

from the district court's judgment dismissing his in forma

pauperis complaint under 28 U.S.C. 1915(e). We vacate the

judgment and remand to the district court for further

proceedings. 

 Cruz filed his complaint asserting employment

discrimination and other claims under the in forma pauperis

statute, 28 U.S.C. 1915. Upon preliminary review, the

district court construed the complaint to be based on Title

VII and issued a show cause order directing Cruz to submit

his right to sue letter "indicating that he has exhausted his

administrative remedies" under Title VII. The court made

clear that failure to submit the letter by the deadline set

by the court would result in dismissal of the action under 

1915(e). Cruz timely submitted his right to sue letter, but

the district court dismissed the action anyway, giving no

explanation. 

 The right to sue letter indicates that Cruz

exhausted his Title VII administrative remedies for at least

some of his present employment discrimination claims.

Therefore, we vacate the judgment below and remand to the

district court for further proceedings consistent with this

opinion. We express no opinion about the actual merits of

any of the claims asserted in the complaint.

 -2-

 Vacated and remanded for proceedings consistent 

herewith. 

 -3-